LYNNE WOLFE v. JOHN WOLFE, SR.

Dec. 10, 1979.  Petition for certification denied.

STATE .OF NEW JERSEY v. CLAUDE JACKSON.

Dec. 10, 1979.  Petition for certification denied.

SEBASTIAN T. CERNIGILIARO v. U. S. TRUCKING CORP.

Dec. 10, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY JONES.

Dec. 10, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH ALLEN.

Dec. 10, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. FRED I. SINGER.

Dec. 10, 1979.  Petition for certification denied.